**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Former Attorneys for Plaintiff
JAMIL GEORGE RABADI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIL GEORGE RABADI, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>SHELLPOINT MORTGAGE SERVICING, LLC; a limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-09465-JAK-JPR<br><br>[Removal from Superior Court of California County of Los Angeles, Case No. 20STCV32784]<br><br>**RESPONSE TO THE COURT'S JANUARY 20, 2021 ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW; DECLARATION OF JARROD Y. NAKANO IN SUPPORT THEREOF.** |

-1-

DECLARATION OF JARROD Y. NAKANO
2:20-cv-09465-JAK-JPR

# DECLARATION OF JARROD Y. NAKANO

I, Jarrod Y. Nakano, state and declare as follows:

1. I am a partner with McFarlin LLP, former counsel of record for Plaintiff JAMIL GEORGE RABADI ("Plaintiff"). I have personal knowledge of the facts set forth herein. If called as a witness, I could competently testify hereto.

2. I offer this declaration in response to the Court's Order Granting the Motion to Withdraw as Counsel of Record.

3. Pursuant to the Court's Order on January 20, 2021 [Docket No. 13], McFarlin LLP was to file a Proof of Service of the Order Granting the Motion to Withdraw as Counsel of Record.

4. My office has attempted to serve Plaintiff with the Motion and Order; however, successful service has not yet been completed as the process server cannot access Plaintiff's property. A true and correct copy of the Non-Service Report is attached as Exhibit A.

5. My office has made a good faith effort to serve Plaintiff, but we have not yet been able to do so.

6. As such, my office would like to request additional time to properly serve the Order Granting the Motion to Withdraw as Counsel of Record.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 27, 2021, in Irvine, California.

/s/ Jarrod Y. Nakano
_____
Jarrod Y. Nakano

# Exhibit A

# McFarlin LLP

## Regarding: JAMIL GEORGE RABADI, AN INDIVIDUAL



**DILIGENCE REPORT - SERVICE UPDATE**

| | |
|---|---|
| Workorder:: | 164357 |
| Reference Number: | |
| Case Number: | 2:20-cv-09465-JAK-JPR |
| Case Title: | JAMIL GEORGE RABADI, AN INDIVIDUAL vs SHELLPOINT MORTGAGE SERVICING, LLC, A LIMITED LIABILITY COMPANY |
| Job Type: | Process - Standard |
| Ordered By: | SAMANTHA GERAGHTY - (949) 544-2640 |
| Ordered On: | 1/13/2021 |
| Servee: | JAMIL GEORGE RABADI, AN INDIVIDUAL |
| Documents: | NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF; DECLARATION OF JARROD Y. NAKANO; AND [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW; |
| | Date: 1/19/2021<br>Time: 5:25 PM<br>Address Attempted: 31761 Paseo Bonito, , Castaic, CA 913843976<br>THERE WAS NO ANSWER AT THE DOOR. ALL THE LIGHTS AT THE PROPERTY ARE OFF INSIDE. I WAITED FOR ABOUT 10 MINUTES BUT THERE WAS NO ACTIVITY SEEN OR HEARD. |

**Thank you for your Business.**